■ HERKIMER COUNTY INDUSTRIAL DEVELOPMENT AGENCY, Plaintiff, v VILLAGE OF HERKIMER, Respondent, and COUNTY OF HERKIMER, Appellant. (Appeal No. 3.) [924 NYS2d 914]—Appeal from an order of the Supreme Court, Herkimer County (Mi-

chael E. Daley, J.), entered May 11, 2010. The order denied the motion of defendant County of Herkimer for relief pursuant to 22 NYCRR 202.48 (b).

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.